AGNES S. HOBART, Appellant, v. GEORGE L. HOBART, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

In the Matter of WILLIAM V. BURKE, an Attorney.— Motion for reinstatement granted. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

In the Matter of the Application of DOROTHY KLEINFELD, Respondent, for a Certiorari Order against WILLIAM E. WALSH and Others, Constituting the Board of Standards and Appeals of the City of New York, Defendants; NATAN FRANK, Appellant.— On reargument, motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

In the Matter of the Application of MOREWOOD REALTY HOLDING COMPANY, Appellant, for a Peremptory Order of Mandamus against CHARLES H. SCHMIDT, Town Clerk, and Others, etc., Constituting the Town Board of the Town of North Hempstead, Nassau County, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

In the Matter of the Application of FANNIE TAYLOR, Widow of the Decedent and Testamentary Guardian of the Infants, ALEXANDER ARTHUR TAYLOR and BEATRICE TAYLOR, Appellant, under the Last Will and Testament of DAVID TAYLOR, Deceased, for an Order Adjudging and Decreeing ISRAEL N. THURMAN and SAMUEL FISCHMAN, Executors and Trustees under the Last Will and Testament of DAVID TAYLOR, Deceased, Respondents, Guilty of Contempt, etc.— Motion for reargument denied. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

KNICKERBOCKER OIL CORPORATION, Respondent, v. RICHFIELD OIL CORPORATION OF NEW YORK, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

TORKEL LARSEN, Respondent, v. HENRY DECKER and Others, Appellants.— Motion for reargument of motion granted and on reargument motion to dismiss appeal denied on condition that appellants perfect the appeal for the February term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Motion for stay dismissed. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

ESTHER V. LITT, Appellant, v. SOL LITT, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

BARBARA MADDREN, an Infant, etc., and ELSIE MADDREN, an Infant, etc., by HELEN HOWARD MADDREN, Their Guardian ad Litem, Respondents, v. EDITH SHARON, Appellant, and WILLIAM HARVEY MADDREN, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.